## STATE v. SANDERS

No. 158 PC.

Case below: 24 N.C. App. 33.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 January 1975.

## STATE v. WORTHAM

No. 174 PC.

Case below: 23 N.C. App. 262.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 4 February 1975.

## STATE v. ZIMMERMAN

No. 142 PC.

Case below: 23 N.C. App. 396.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 February 1975.

## TRUST CO. v. SMITH

No. 172 PC.

Case below: 24 N.C. App. 133.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 February 1975.

## WHITE v. ALEXANDER

No. 175 PC.

Case below: 24 N.C. App. 23.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 4 February 1975.